IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-11281
Summary Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

DARRELL L. MOREHOUSE, JR.,

Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:94-CR-424-G
- - - - - - - - - -
September 21, 1998

Before HIGGINBOTHAM, JONES, and DENNIS, Circuit Judges.

PER CURIAM:*

Darrell L. Morehouse, Jr. appeals the district court's revocation of his supervised release. Morehouse admitted that he refused to participate in mental health testing, but he argues that the portion of the testing that required him to view pornographic materials violates his First Amendment religious rights and the Religious Freedom Restoration Act.

We have reviewed the briefs, but we are constrained from reaching the merits of Morehouse's appeal by his failure to carry

_____

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

his burden of providing the court with a complete record.  FED. R.
APP. P. 10(b).

APPEAL DISMISSED.